UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PHILLIP DOUGLAS JACOBS

    Petitioner,

-v-

WARDEN, Marion Correctional
Institution

    Respondent.

Case No. C-3:11-cv-029

Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING JACOBS' OBJECTIONS (Doc. #11) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS REGARDING JACOBS' MOTIONS TO ALTER OR AMEND JUDGMENT; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #8) IN ITS ENTIRETY AND DENYING JACOBS' MOTION TO ALTER OR AMEND JUDGMENT (Doc. #6) AND AMENDED MOTION TO ALTER OR AMEND JUDGMENT (Doc. # 7)**

---

  This matter comes before the Court pursuant to pro se Petitioner Phillip Douglas Jacobs' ("Jacobs'") Objections (doc. #11) to Magistrate Judge Sharon L. Ovington's Report and Recommendations (doc. #8) regarding Jacobs' Motion To Alter or Amend Judgment and Amended Motion To Alter Or Amend Judgment.

  As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Jacobs' Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

  Jacobs' Motion To Alter Or Amend Judgment and his Amended Motion To Alter Or

Amend Judgment are overruled. The captioned cause shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

>**DONE** and **ORDERED** in Dayton, Ohio, this Eleventh Day of April, 2011.

>                                             s/Thomas M. Rose
>                                     _____
>                                             THOMAS M. ROSE
>                                     UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Phillip Douglas Jacobs at his last address of record